# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

ROBBY TRAVIS                                                                                          PLAINTIFF
REG #23503-076

v.                                          No. 2:14CV00122 JLH/HDY

USA, *et al.*                                                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's claims against defendants USA, Charles Samuels, Eric Holder, Harrell Watts, Geraldo Maldonado, Jr., Ronald Smith, Plunk, Ford, Department of Health and Human Services, Does, and Danaheard, are DISMISSED WITHOUT PREJUDICE, and defendants USA, Samuels, Holder, Watts, Maldonado, Smith, Plunk, Ford, Department of Health and Human Services, Does, and Danaheard, are removed as party defendants.

DATED this 9th day of January, 2015.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE