**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ROBBY TRAVIS, REG #23503-076                                                              PLAINTIFF

v.                                          No. 2:14CV00122-JLH-JJV

UNITED STATES OF AMERICA, *et al.*                                                    DEFENDANTS

**JUDGMENT**

Pursuant to the Order entered separately today, Robby Travis's claims against Brenda Hoy, Kevin Ward, Michelle Wingo, and T.C. Outlaw are dismissed with prejudice. Robby Travis's claims against Nader Peikar are dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED this 14th day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE